No. 98–149. COLLEGE SAVINGS BANK *v.* FLORIDA PREPAID POSTSECONDARY EDUCATION EXPENSE BOARD ET AL. C. A. 3d

Cir. [Certiorari granted, 525 U. S. 1063.] Motion of the Solicitor General for divided argument granted to be divided evenly between counsel for petitioner and the Solicitor General. Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted.